

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00026-CV

_____

IN THE INTEREST OF A.J., T.J., C.J.,
J.J., AND M.K, CHILDREN

On Appeal from the 402nd Judicial District Court
Wood County, Texas
Trial Court No. 2008-122

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

John H. Jacobs has filed a notice of appeal from a judgment terminating his parental rights to his children. The judgment of termination was signed July 20, 2009. Jacobs' notice of appeal was filed March 15, 2011. Any notice of appeal would thus have been due no later than August 9, 2009. His notice of appeal was therefore filed too late to invoke the jurisdiction of this Court. *See* TEX. R. APP. P. 26.1(b); TEX. FAM. CODE ANN. § 263.405 (Vernon 2008). We contacted Jacobs in accordance with Rule 42.3 of the Texas Rules of Appellate Procedure, explaining that his notice of appeal appeared to have been filed outside the time provided by the Rules, and asking him to show this Court how it has jurisdiction over his appeal. TEX. R. APP. P. 42.3. We have received his response and considered it. It provides no information that could allow this Court to conclude that his notice of appeal was timely.

The timetables for appeal are specified by the Rules, and we have no authority to extend our jurisdiction to allow this appeal to be filed and considered on its merits beyond the time periods provided by the Rules.

The notice of appeal was filed over a year and a half late. We have no jurisdiction to consider the appeal.

We dismiss the appeal for want of jurisdiction.

Bailey C. Moseley
Justice

Date Submitted:     April 7, 2011
Date Decided:       April 8, 2011